JANELL WYLMA McMICKLE BRYANT, Employee v. TAYLOR KING FURNITURE, Employer, WAUSAU INSURANCE COMPANIES, Carrier

No. 167PA08

(Filed 1 May 2009)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 189 N.C. App. 530, 659 S.E.2d 489 (2008), affirming an opinion and award filed on 27 April 2007 by the North Carolina Industrial Commission. Heard in the Supreme Court 30 March 2009.

*Randy D. Duncan for plaintiff-appellant.*

*Hedrick, Gardner, Kincheloe & Garofalo, L.L.P., by Allen C. Smith and Jennifer L. Gauger, for defendant-appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.